# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **KEVIN NEWPORT,** | : | |
| **Plaintiff,** | : | Case No.  3:07-cv-195 |
| **-vs-** | : | **District Judge Thomas M. Rose** <br> **Chief Magistrate Judge Michael R. Merz** |
| **MICHAEL J. ASTRUE,** <br> **COMMISSIONER OF** <br> **SOCIAL SECURITY,** | : | |
| **Respondent.** | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 4, 2008, hereby ADOPTS said Report and Recommendations.

The Court accordingly finds that Plaintiff is not disabled and not entitled to benefits under the Act.  The Clerk shall enter judgment accordingly.

March 5, 2008.                                    **s/THOMAS M. ROSE**

                                          _____
                                                  Thomas M. Rose
                                          United States District Judge